

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

SCOTT L. EAGLE,

                    Plaintiff(s),

                                  Case No. 2:19-cv-01536-JAM-EFB

v.

GOLDMAN SACHS BANK USA d/b/a
MARCUS BY GOLDMAN SACHS,

                    Defendant(s).

I, _____Nathan C. Volheim_____, attorney for_____Scott L. Eagle_____, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Sulaiman Law Group, Ltd. |
| Address: | 2500 S. Highland Avenue, Suite 200 |
| City: | Lombard |
| State: | IL      ZIP Code: 60148 |
| Voice Phone: | (630) 575-8181 |
| FAX Phone: | (630) 575-8188 |
| Internet E-mail: | nvolheim@sulaimanlaw.com |
| Additional E-mail: | kwadia@sulaimanlaw.com |
| I reside in City: | Chicago    State: Illinois |

I was admitted to practice in the <u>State of Illinois</u> (court) on <u>May 6, 2010</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

<u>Koval v. Patanaude & Felix, Application Submitted on January 3, 2019, Application Fgranted</u>

<u>Bennett v. CKS Financial, LLC d/b/a Webcollex, LLC, Application Submitted on January 3, 2019, Application Granted</u>

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:      Nicholas M. Wajda

Firm Name:   Wajda Law Group, APC

Address:    6167 Bristol Parkway, Suite 200

City:       Culver City

State:      CA      ZIP Code: 90230

Voice Phone:  (310) 997-0471

FAX Phone:   (866) 286-8433

E-mail:     nick@wajdalawgroup.com

Dated: <u>8/12/2019</u>     Petitioner: <u>/s/ Nathan C. Volheim</u>

**ORDER**

IT IS SO ORDERED.

Dated: _____

                                                JUDGE, U.S. DISTRICT COURT

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Nathan Charles Volheim

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/06/2010 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 7th day of August, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois