**SULAIMAN LAW GROUP, LTD.**
Nathan C. Volheim (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-568-3056
Facsimile: 630-581-8188
E-Mail: nvolheim@sulaimanlaw.com
*Attorney for the Plaintiff*

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT L. EAGLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOLDMAN SACHS BANK USA a/k/a MARCUS BY GOLDMAN SACHS,<br><br>　　　　　Defendant. | Case No. **2:19-cv-01536-JAM-FEB**<br><br>**ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DISMISSAL DOCMENTS** |

Plaintiff, SCOTT L. EAGLE, by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Unopposed Motion to Extend Deadline to File Dismissal Documents and the Court having reviewed same, hereby ORDERED.

1. Parties shall have to and including March 30, 2020 to file their dismissal documents.

Dated: 2/28/2020

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court

1