| | |
|---|---|
| 1 | **SULAIMAN LAW GROUP, LTD.** |
| 2 | Nathan C. Volheim (Admitted Pro Hac Vice)<br>2500 South Highland Avenue |
| 3 | Suite 200<br>Lombard, Illinois 60148 |
| 4 | Telephone: 630-568-3056<br>Facsimile: 630-581-8188 |
| 5 | E-Mail: nvolheim@sulaimanlaw.com |
| 6 | *Attorney for the Plaintiff* |
| 7 | **WAJDA LAW GROUP, APC** |
| 8 | Nicholas M. Wajda<br>11400 West Olympic Boulevard, Suite 200M |
| 9 | Los Angeles, California 90064<br>Telephone: (310) 997-0471 |
| 10 | Facsimile: (866) 286-8433<br>*Attorney for the Plaintiff* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT L. EAGLE, | Case No. **2:19-cv-01536-JAM-FEB** |
| Plaintiff, | **ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DISMISSAL DOCMENTS** |
| v. | |
| GOLDMAN SACHS BANK USA a/k/a MARCUS BY GOLDMAN SACHS, | |
| Defendant. | |

Plaintiff, SCOTT L. EAGLE, by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Second Unopposed Motion to Extend Deadline to File Dismissal Documents and the Court having reviewed same, hereby ORDERED.

1. Parties shall have to and including April 29, 2020 to file their dismissal documents.

Dated: 3/30/20

/s/ John A. Mendez
Judge, U.S. District Court

1