NATHAN C. VOLHEIM
Admitted Pro Hac Vice
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 568-3056
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT L. EAGLE | Case No. 2:19-cv-01536-JAM-EFB |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| GOLDMAN SACHS BANK USA a/k/a MARCUS BY GOLDMAN SACHS, | |
| Defendant. | |

The Court, having reviewed the parties' Agreed Stipulation of Dismissal with Prejudice, hereby ORDERS that this action is dismissed with prejudice, with the right to reopen by July 10, 2020.  Each party to bear its own costs and attorneys' fees.

Dated: June 2, 2020

                                                /s/ John A. Mendez_____
                                                Judge, U.S. District Court